```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 22728
   HEATHER A MOORE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8725

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/15/2004 and was confirmed 08/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  16.47% from remaining funds.

     The case was paid in full 03/27/2008.
------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
TRIAD FINANCIAL CORP       SECURED           5225.00         658.56        5225.00
TRIAD FINANCIAL CORP       UNSECURED         7260.65            .00        1195.61
*SCHOTTLER & ZUKOSKY       PRIORITY         NOT FILED          .00            .00
ADVOCATE CHRIST HOSPITAL   UNSECURED        NOT FILED          .00            .00
CASH AMERICA PAYDAY LOAN   UNSECURED        NOT FILED          .00            .00
WALGREENS                  UNSECURED        NOT FILED          .00            .00
CORPORATE AMERICA CREDIT   UNSECURED         1562.72           .00          257.33
CREDIT PROTECTION ASSOCI   UNSECURED        NOT FILED          .00            .00
CITY OF BLUE ISLAND        UNSECURED        NOT FILED          .00            .00
FAST CASH ADVANCE          UNSECURED OTH     486.14           .00           80.44
ST FRANCIS HOSPITAL & HE   UNSECURED        NOT FILED          .00            .00
KENNEDY KING COLLEGE       UNSECURED        NOT FILED          .00            .00
METRO INF                  UNSECURED        NOT FILED          .00            .00
MONEY MARKET PAYDAY EXPR   UNSECURED        NOT FILED          .00            .00
NCO                        UNSECURED        NOT FILED          .00            .00
ONE IRON VENTURES          UNSECURED        NOT FILED          .00            .00
AMERICAS FINANCIAL CHOIC   UNSECURED         1345.39           .00          221.55
PAYDAY ADVANCE CASH TO G   UNSECURED         1487.29           .00          244.91
PDL FINANCIAL SERVICES     UNSECURED          515.52           .00           84.89
SOUTH SUBURBAN COLLEGE     UNSECURED        NOT FILED          .00            .00
SOUTHERN ILLINOIS UNIVER   UNSECURED        NOT FILED          .00            .00
SPRINT PCS                 UNSECURED        NOT FILED          .00            .00
HALSTED FINANCIAL SERVIC   UNSECURED        NOT FILED          .00            .00
FIFTH THIRD                UNSECURED        NOT FILED          .00            .00
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY       2,000.00                      2,000.00
TOM VAUGHN                 TRUSTEE                                           573.71
DEBTOR REFUND              REFUND                                             25.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 22728 HEATHER A MOORE
```

```
TRUSTEE                                      10,567.00

PRIORITY                                                             .00
SECURED                                                         5,225.00
    INTEREST                                                      658.56
UNSECURED                                                       2,084.73
ADMINISTRATIVE                                                  2,000.00
TRUSTEE COMPENSATION                                              573.71
DEBTOR REFUND                                                      25.00
                                            ----------------    ----------------
TOTALS                                       10,567.00          10,567.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 06/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 04 B 22728 HEATHER A MOORE